UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa, U.S.M.J. |
| v. | : | Mag. No. 25-11057 |
| JULIO MENDOZA | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Alina Habba, Acting United States Attorney for the District of New Jersey (Sam Thypin-Bermeo, Assistant U.S. Attorney, appearing), and defendant JULIO MENDOZA (Robert Scrivo, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through October 1, 2025.

2. This is the third § 3161(h)(7)(A) continuance in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

- 2 -

      a.      Both the United States and the defendant desire additional time to engage in plea negotiations to resolve this matter, which would render grand jury proceedings and a trial in this matter unnecessary.

      b.      Despite the exercise of diligence, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

      c.      The grant of a continuance will likely conserve judicial resources.

      d.      Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the day this order is signed until October 1, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

- 3 -

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HON. ANDRÉ M. ESPINOSA
United States Magistrate Judge

Dated:  8/4/2025

Form and entry consented to:


*/s/ Sam Thypin-Bermeo*_____   _*/s/ Robert Scrivo*_____
Sam Thypin-Bermeo                    Robert Scrivo, Esq.
Assistant U.S. Attorney              Counsel for Defendant